```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
                     BEAUMONT DIVISION

DANIEL L. SPENCE                §
VS.                             §   CIVIL ACTION NO. 1:05cv699
WARDEN OUTLAW                   §
```

## MEMORANDUM OPINION AND ORDER

Petitioner Daniel L. Spence, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## Discussion

Petitioner has filed a motion asking that his petition be voluntarily withdrawn. The court is of the opinion it would be in the interest of justice to grant the motion and dismiss this petition.

## O R D E R

For the foregoing reasons, petitioner's motion is hereby **GRANTED**. A Final Judgment shall be entered dismissing this action pursuant to FED. R. CIV. P. 41(a).

**SIGNED** this the 9 day of **November, 2005.**

_____
Thad Heartfield
United States District Judge