IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DANIEL L. SPENCE | § |
| VS. | §   CIVIL ACTION NO. 1:05cv699 |
| WARDEN OUTLAW | § |

FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

All motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED** this the 9 day of **November, 2005.**

_____
Thad Heartfield
United States District Judge